| | |
|---|---|
| VS | 21ST JUDICIAL DISTRICT COURT |
| **CIVIL** | |
| | PARISH OF LIVINGSTON |
| WALMART, INC., | |
| ABC INSURANCE COMPANY | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT, come petitioner, **WILL DUNN**, resident of the full age of majority and domiciled in Livingston Parish, State of Louisiana, through undersigned

1.

Herein made defendants are:

    A. **WALMART, INC.**, on information and belief, is a legal corporation, organized and existing under the laws and State of Louisiana.

    B. **ABC INSURANCE COMPANY**, on information and belief, is a legal corporation, organized and existing under the laws and State of Louisiana.

2.

The defendants herein, **WALMART, INC., and ABC INSURANCE COMPANY**, are individually, jointly and in solido indebted unto plaintiff for such damages as are reasonable in the premises, together with legal interest thereon, from the date of judicial demand until paid, and for all costs of their proceedings, for the following non-exclusive reasons.

3.

On or about July 31, 2019, an accident occurred involving defendants, **WALMART, INC., and ABC INSURANCE COMPANY**; and petitioner **WILL DUNN**.

4.

The accident herein sued upon occurred in Livingston Rouge Parish, when the plaintiff entered the warehouse door of facility number 2822 in an attempt to unload merchandise, as part of his job, on to a shopping isle of **WALMART, INC.** As the plaintiff was entered said warehouse door, there was an unidentified object that fell from within the store and struck plaintiff with severe force. Petitioner believes the object to be a deer stand.

EXHIBIT A

As a result of the sudden and unforeseen incident, petitioner, WILL DUNN sustained serious injuries to his person, causing him to seek medical attention and treatment.

6.

At the time and on the occasion in question, **WALMART, INC.**, failed to use ordinary care by various acts and omissions, including the following, each of which singularly or in combination with others, was a proximate cause of the occurrence in question:

1. In failing to keep a proper lookout;
2. In failing to maintain control of the equipment/merchandise;
3. In failing to take necessary actions to avoid the incident;
4. In failing to properly inspect merchandise for customer safety; and
5. All other acts of negligence which may be proven through discovery or at the trial of this matter.

7.

Petitioner alleges, on information and belief, the defendants, owns the equipment/merchandise in the accident sued upon herein; **ABC INSURANCE COMPANY**, issued a policy of liability insurance to defendant, **WALMART, INC** which policy covered such acts of negligence and said policy was in full force and effect on the date and at the time of the accident herein sued upon.

8.

As a result of the accident herein sued upon, petitioner, **WILL DUNN**, sustained serious damages including, but not limited to:

a. pain-from incident;
b. pain, mental anguish and suffering (past, present, and future);
c. lost wages (past, present, and future);
d. property damage;
e. loss of enjoyment of life;
f. and any and all other damages that may be proven through discovery or at the trial of

EXHIBIT A

Petitioner has not been compensated for the damages sustained as a result of the accident herein sued upon.

10.

Petitioner specifically pleads the doctrine of res ipsa loquitur.

11.

Petitioner request that all expert fees incurred by plaintiff be taxed as costs.

**WHEREFORE**, premises considered, petitioner prays, that a copy of this petition be served upon the defendants in the manner prescribed by law and that, after due proceedings are had and after all legal delays, there be judgment in favor of petitioner, **WILL DUNN**, and against defendants, **WALMART, INC., and ABC INSURANCE COMPANY**, individually, jointly and in solido, for such damages as are reasonable in the premises, together with legal interest thereon, from the date of judicial demand until paid, for all costs of these proceedings and for all other and further relief to which plaintiff may be entitled.

RESPECTFULLY SUBMITTED:

THE LAW OFFICES OF DEDRICK A. MOORE

BY: _____
DEDRICK A. MOORE
Bar Roll No, 30329
4962 Florida Blvd, 4th Floor
Baton Rouge, Louisiana 70806
Office: (225) 412-0412
Fax:    (225) 412-0414

**PLEASE HOLD SERVE:**

**WALMART, INC**
Through their Registered Agent of Service:
CT CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

**ABC INSURANCE COMPANY**

21st JUDICIAL DISTRICT
PARISH OF LIVINGSTON, LA
A true copy of the original
this _____
Deputy Clerk of Court

EXHIBIT A